**Order entered April 22, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-21-00057-CV**

**NOVO POINT, LLC, QUANTEC, LLC, RPV, LTD., AND JEFFREY BARON, Appellants**

**V.**

**ELISSA KATZ, ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01898-D**

**ORDER**

Before the Court is Dallas County Clerk John F. Warren's April 21, 2021 request for a thirty-day extension of time to file the clerk's record. Because this is an accelerated appeal, we **GRANT** the extension to the extent that the record shall be filed no later than May 3, 2021. *See* TEX. R. APP. P. 35.3(c).

　　　　　　　　　　　　　/s/　　CRAIG SMITH
　　　　　　　　　　　　　　　　JUSTICE